UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY BAADHIO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN HOFACKER, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 15-2752 (MAS) (DEA)<br><br>**ORDER** |

This matter has come before the Court on a civil rights Complaint filed by Plaintiff Randy Baadhio. Presently before the Court is the Report and Recommendation of the Honorable Douglas E. Arpert, U.S.M.J., recommending the case be dismissed with prejudice due to Plaintiff's failure to comply with court orders and failure to satisfy his discovery obligations. (R. &. R., Aug. 31, 2017, ECF No. 99.) Having received no objections pursuant to Local Civil Rule 72.1(c)(2), upon review of the Report and Recommendation and the full record, and for good cause shown,

**IT IS** on this 5th day of October, 2017,

**ORDERED** that the Report and Recommendation of Magistrate Judge Arpert (ECF No. 99) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court;

**ORDERED** that the Complaint is hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon the parties, and shall **CLOSE** the file.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE